[No. 42116-6-I.   Division One.   December 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. PARIS
PERRANTES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00970-1, James H. Allendoerfer, J., entered February 10, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Webster, J., concurred in by Coleman and Baker, JJ.

[No. 42499-8-I.   Division One.   December 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. FANNIE LEE
LOFTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08512-4, Marilyn R. Sellers, J., entered March 27, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 42802-1-I.   Division One.   December 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00121-6, Ronald L. Castleberry, J., entered May 5, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 42859-4-I.   Division One.   December 20, 1999.]

MICHELLE LAWRENCE, *Respondent*, v. MICHAEL BATEMAN,
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-12990-9, Donald D. Haley, J., entered June 16, 1998. *Reversed* by unpublished opinion per Coleman, J., concurred in by Kennedy, C.J., and Ellington, J.